August 4, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

JAMES RUTHERFORD, Appellant

NO. 14-15-00365-CV            V.

724 INTERESTS, LTD., Appellee

_____

This cause, an appeal from the judgment in favor of appellee, 724 Interests, Ltd., signed April 2, 2015, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, James Rutherford, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.